JOHN W. HARGRAVE (JH 9935)
JOHN HARGRAVE & ASSOCIATES
117 Clements Bridge Road
Barrington, New Jersey 08007
(856) 547-6500
*Chapter 7 Trustee*

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re | : | Case No. **15-32327/ABA** |
| **KATHLEEN HEINSMAN** | : | **CERTIFICATION OF JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE** |
| | : | **OBJECTING TO ABANDONMENT** |
| Debtor. | | **OF REAL PROPERTY AND** |
| | : | **REQUESTING MATTER BE SET DOWN FOR A HEARING ON 3/14/17** |

---

JOHN W. HARGRAVE, of full age, hereby certifies as follows:

1.    I am the Chapter 7 Trustee for Kathleen Heisnman, who filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on November 28, 2015.

2.    On January 11, 2017, I filed a Notice of proposed Abandonment of Debtor's real property located at 117 Florence Avenue, Laurel Springs, New Jersey. The notice issued by the Clerk's Office set February 7, 2017, as the last day objections can be made, and set February 14, 2017, as hearing date on any objections.

3.    Realtor for the bankruptcy estate has advised that he is in communication with the secured lenders with respect to a potential sale of the property, and needs additional time for negotiations.

4.    The hearing on objections is scheduled for February 14, 2017, which I do not believe is sufficient time for negotiations with the secured lender.

5.       I therefore request the Clerk set this matter down for a hearing on March 14, 2017, at 10:00 a.m. to allow Realtor for the Trustee and other interested parties an opportunity to determine if a sale is feasible.

I certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: 2/3/2017                                                    /s/ John W. Hargrave
                                                                                  JOHN W. HARGRAVE