UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Kathleen M. Heinsman

Case No.: 15-32327
Chapter: 7
Judge: Andrew B. Altenburg

## NOTICE OF PROPOSED PRIVATE SALE

__John W. Hargrave__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Clerk<br>401 Market Street<br>Camden, New Jersey 08102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg__ on __June 6, 2017__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market Street Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Single family home located at<br>117 Florence Ave<br>New Jersey |
|---|---|

| Proposed Purchaser: | Jason Hojnowski |
|---|---|

| Sale price: | $115,000 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Berkshire Hathaway Home Services Fox Roach |
|---|---|
| Amount to be paid: | $6,900.00 |
| Services rendered: | Listed property for sale, found buyer for property, and assisted in getting lender approval for short sale. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:	John W. Hargrave, Trustee

Address:	117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:	856-547-6500

*rev.8/1/15*