UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Kathleen M. Heinsman

Case No.: 15-32327  
Chapter: 7  
Judge: Andrew B. Altenburg

## NOTICE OF PROPOSED PRIVATE SALE

__John W. Hargrave__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Clerk<br>401 Market Street<br>Camden, New Jersey 08102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg__ on __June 6, 2017__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market Street Camden, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Single family home located at<br>117 Florence Ave<br>New Jersey |
|---|---|

| Proposed Purchaser: | Jason Hojnowski |
|---|---|

| Sale price: | $115,000 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Berkshire Hathaway Home Services Fox Roach |
|---|---|
| Amount to be paid: | $6,900.00 |
| Services rendered: | Listed property for sale, found buyer for property, and assisted in getting lender approval for short sale. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: John W. Hargrave, Trustee

Address: 117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.: 856-547-6500

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 15-32327-ABA
Kathleen M. Heinsman                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2          Date Rcvd: May 10, 2017
                              Form ID: pdf905              Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
db             +Kathleen M. Heinsman,    1508 Piccard Court,    Deptford, NJ 08096-5127
aty            +Hargrave & Associates,    117 Clements Bridge Road,    Barrington, NJ 08007-1803
r              +BK Global Real Estate Services, LLC,    2000 East Lamar Blvd,    Suite 710,
                 Arlington, TX 76006-7341
r              +Berkshire Hathaway HomeServices,    Berkshire Hathaway HomeServices,    41 S. Haddon Avenue,
                 Haddonfield, NJ 08033-1800
cr             +Hyundai Capital America,    POB 269011,    Plano, TX 75026-9011
515873681     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
515873685     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
515873683      +Cap1/boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
515873684      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515873686      +Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515873687      +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515873688      +Chase- Tjx,    Chase Card Svcs/Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
515873689      +Chase- Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
515873690      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
515873691       Employment Security Agency,    CN-077,    Trenton, NJ 08625
515873692       Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
515873693       Experian,    PO Box 9701,    Allen, TX 75013-9701
515873695       Furniturebar,    Cscl Dispute Team,    Des Moines, IA 50306
515873696      +Gloucester Township Tax Collector,    1261 Chews Landing Road,    Laurel Springs, NJ 08021-2807
515873699      +Healthcare Emp F C U,    29 Emmons Dr Ste C40,    Princeton, NJ 08540-5971
515873698      +Healthcare Emp F C U,    Healthcare Employees FCU - Bankruptcy,    29 Emmons Drive Suite C40,
                 Princeton, NJ 08540-5971
515873706      +N.J. Division of Taxation,    Bankruptcy Unit, 9th Floor,    50 Barrack Street,    CN-245,
                 Trenton, NJ 08646-0001
515873708      +NJ Housing and Mortgage Finance Agency,    637 South Clinton Avenue,    P.O. Box 18550,
                 Trenton, NJ 08650-2085
515873707       New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
515873709      +Office of Attorney General,    Hughes Justice Complex,    P.O. Box 080,    25 W. Market Street,
                 Trenton, NJ 08611-2148
515873711      +Pnc Bank,    103 Bellevue Pkwy,    Wilmington, DE 19809-3701
515873710      +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
515873712      +Prsm/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515873713      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515873715      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515873714      +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515873716       State of New Jersey,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
515873717       State of New Jersey, Dept of Treasury,    Division of Pensions and Benefits,    PO Box 295,
                 Trenton, NJ 08625-0295
515873722      +Transunion,    PO Box 2000,    Crum Lynne, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516177410      +E-mail/Text: bncmail@w-legal.com May 10 2017 22:31:31      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515873703       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 10 2017 22:32:02
                 Hyundai Motor Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708
515873697      +E-mail/Text: hannlegal@hannfinancial.com May 10 2017 22:31:04      Hann Financial Service,
                 1 Centre Dr,    Jamesburg, NJ 08831-1564
515873701      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 10 2017 22:32:02      Hyundai Finc,
                 10550 Talbert Ave,    Fountain Valley, CA 92708-6032
515873700      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 10 2017 22:32:02      Hyundai Finc,
                 Attn: Bankruptcy,    Pob 20809,    Fountain Valley, CA 92728-0809
515873702      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 10 2017 22:32:02
                 Hyundai Motor Finance,    Attention: Bankruptcy,    Po Box 20809,
                 Fountain Valley, CA 92728-0809
515873704       E-mail/Text: cio.bncmail@irs.gov May 10 2017 22:31:02      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
515873705      +E-mail/Text: bnckohlsnotices@becket-lee.com May 10 2017 22:30:51      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516205992       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2017 22:43:49
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
515873718      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:38:11      Syncb/tjx Cos Dc,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: May 10, 2017
                               Form ID: pdf905          Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515873719         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:38:11     Syncb/tjxdc,   Po Box 965015,
                   Orlando, FL 32896-5015
515873720         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:57     Synchrony Bank/JC Penny,
                   Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515873721         +E-mail/PDF: gecsedi@recoverycorp.com May 10 2017 22:37:41     Synchrony Bank/JC Penny,
                   Po Box 965007,   Orlando, FL 32896-5007
515873723         +E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:23     United States Attorney,
                   Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515873694*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Fia Csna,    Po Box 982235,    El Paso, TX 79998)
515873682*       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              John Hargrave    on behalf of Trustee John W. Hargrave info@hargravelaw.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              William Mackin    on behalf of Debtor Kathleen M. Heinsman wmackin@shermansilverstein.com,
               ign@shermansilverstein.com
                                                                                             TOTAL: 4
```