UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2©)**
John W. Hargrave, Esquire
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, NJ 08007
856-547-6500 (phone)
Atty for John W. Hargrave, Trustee

In Re:

**KATHLEEN HEINSMAN**

Order Filed on June 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **15-32327/ABA**

Adv. No.:

Hearing Date: **6/6/17 @ 10:00 am**

Judge: **Andrew B Altenburg**

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) BID PROCEDURES, (III) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, (IV) SECURED LENDER'S RIGHT TO CREDIT BID, AND (V) OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 6, 2017**

_[signature]_
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.:            **15-32327/ABA**
Debtor's Name:       **KATHLEEN HEINSMAN**
Caption of Order:    Order Authorizing the Chapter 7 Trustee to sell Debtor's Real Property

---

**This matter** comes before the Court by way of motion of John W. Hargrave, Chapter 7 Trustee, on notice to all creditors, and the Court having reviewed and found the methods of service proper and that adequate notice of the within motion was provided to these parties in interest. For good cause shown by the Chapter 7 Trustee, it is hereby **ORDERED:**

1. John W. Hargrave, Chapter 7 Trustee ('the Trustee') is hereby authorized to sell Debtor's Real Property located at 117 Florence Avenue, Laurel Springs, New Jersey, on the terms and conditions set forth in the Motion to Sell filed with to the Court. The sale of Debtor's Real Property located at 117 Florence Avenue, Laurel Springs, New Jersey is **APPROVED**, pursuant to 11 U.S.C. §363(b).

2. The Debtor's Real Property located at 117 Florence Avenue, Laurel Springs, New Jersey, is being sold **"AS IS, WHERE IS** with all faults and defects therein**",** with no warranties of any kind "express, implied or otherwise". Purchaser shall further hold harmless and indemnify Trustee against any losses, liabilities, claims and causes of action arising out of this transaction. Purchaser pays all costs of inspection, closing and transfer.

3. PROFESSIONAL FEES IN THE AMOUNT OF $6,900 ARE HEREBY APPROVED FOR BHH FOX & ROACH .